**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE ) | CASE NO: 21-11288 |
| ) | |
| ALBERTO TANGONAN TANGONAN JR, ) | ORDER OVERRRULING TRUSTEE'S OBJECTION TO |
| ) | DEBTOR'S HOMESTEAD |
| Debtor(s). ) | EXEMPTION |
| ) | |

THIS MATTER having come on regularly for hearing upon the Trustees Motion for an Order Determining Debtors Exemption, filed in connection with the Trustee's objection to debtors Homestead exemption regarding debtor's property located at 3461 NE Partridge Hollow Road, Bremerton, WA 98310 (Tax Parcel #4724-000-009-0008); the trustee, EDMUND J. WOOD, appearing by and through his attorney RORY C. LIVESEY, Debtor appearing by and through his attorney , DAVID CARL HILL; the Court having reviewed the records on file herein and considered argument of counsel; the Court having made Findings of Fact and Conclusions of Law on the record which are incorporated herein by this reference pursuant to Fed. R. Civ. P. 52(c ), made applicable to these proceedings pursuant to Fed. R. Bank. P. 7052; and being otherwise fully

Order Overruling
Trustee Objection to Homestead Exemption - 1 -

LAW OFFICE OF
DAVID CARL HILL,
Hill Law.Com, P.S.
1521 SE PIPERBERRY WAY STE 137
PORT ORCHARD, WA 98366
(360) 876-5015  FAX: (360) 895-1491

apprised in the premises; now, therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Trustee's Objection to Debtors Homestead Exemption under RCW 6.13.010 and 070 be and it hereby is overruled and that the debtor's homestead claim over the property property located at 3461 NE Partridge Hollow Road, Bremerton, WA 98310 (Tax Parcel #4724-000-009-0008) is hereby allowed.

///End of Order///

Presented by:

*/s/David Carl Hill*
DAVID CARL HILL, WSBA #9560
Attorney for Debtor

Approved for entry:

*/s/Rory C. Livesey*
RORY C. LIVESEY, WSBA #17601
Attorney for Edmund J. Wood, Trustee

Order Overruling
Trustee Objection to Homestead Exemption - 2 -

LAW OFFICE OF
DAVID CARL HILL,
Hill Law.Com, P.S.
1521 SE PIPERBERRY WAY STE 137
PORT ORCHARD, WA 98366
(360) 876-5015  FAX: (360) 895-1491